Priority ____
Send ____
Enter ____
Closed ____
JS-5/JS-6 ✓
JS-2/JS-3 ____
Scan Only ____

FILED
CLERK, U.S. DISTRICT COURT

JUL 27 2009

CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

# THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| ADALINDA MEDINA,<br><br>    Plaintiff,<br><br>v.<br><br>QUALITY LOAN SERVICE CORP. AND CITIMORTGAGE, INC. and DOES 1-50, inclusive,<br><br>    Defendants. | Case No. EDCV09-9 ~~VAP~~ R (OPx)<br>Related Case No. EDCV 09-59-R<br><br>**Before the Honorable Judge Manuel L. Real**<br><br>**ORDER AND JUDGMENT GRANTING DEFENDANT CITIMORTGAGE, INC'S MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>**(FRCP 12 (c))**<br><br>Date: June 15, 2009<br>Time: 10:00 a.m.<br>Dept.: Courtroom 8<br><br>Complaint Filed: December 3, 2008<br>Removed: January 6, 2009 |

This matter was set for hearing on June 15, 2009 at 10:00 a.m. in Courtroom 8. The Court, having reviewed the moving papers and having heard oral argument, for good cause, hereby orders:

The Court GRANTS Defendant CITIMORTGAGE, INC.'S Motion for Judgment on the Pleadings without leave to amend and orders the action dismissed as against Citimortgage, Inc.

1

[PROPOSED] ORDER GRANTING DEFENDANT CITIMORTGAGE, INC.'S MOTION FOR JUDGMENT ON THE PLEADINGS

The Court FURTHER ORDERS that MW Roth PLC and/or Mitchell Roth, jointly and severally, shall reimburse plaintiff, Adalinda Medina in the amount of $12,000.00, paid by her to Mitchell Roth to file and/or pursue this lawsuit.

The Court FURTHER ORDERS that MW Roth PLC and/or Mitchell Roth, jointly and severally, shall pay all of defendant Citimortgage, Inc's attorneys' fees and costs incurred in defending this action in the total amount of $11,733.40.

Dated: 7/27/09

_____
JUDGE MANUEL L. REAL